MAO
AJB
x 7058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br><br>Alex RUIZ,<br>Jose Manuel GOMEZ Perez,<br><br>Defendants. | Magistrate Docket No. **23-mj-02127**<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, U.S.C. § 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens<br><br>Title 8, USC 1324(a)(2)(B)(iii)<br>Bringing In Illegal Aliens Without Presentation |

The undersigned complainant being, duly sworn, states:

Count One

On or about June 10, 2023, within the Southern District of California, defendant Alex RUIZ, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Pedro ALCANTAR-Padilla, Roberto GARCIA Martinez, and Miguel MURILLA-Ramos, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

Count Two

The undersigned complainant being, duly sworn, states:

On or about June 10, 2023 within the Southern District of California, defendant Jose Manuel GOMEZ Perez, knowingly or in reckless disregard of the fact that certain aliens, namely, Pedro ALCANTAR-Padilla, Roberto GARCIA Martinez, and Miguel MURILLA-Ramos, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Shawna M. Wilson
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JUNE 12, 2023.

HON. DAVID LESHNER
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Alex RUIZ,**
**Jose Manuel GOMEZ Perez,**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Pedro ALCANTAR-Padilla, Roberto GARCIA Martinez and Miguel MURILLO-Ramos, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On June 10, 2023, Border Patrol Agents A. Guzman and T. Mallon were performing their assigned duties in the Campo Border Patrol Station's area of responsibility. Agent Guzman was wearing his issued body armor with patches and insignias visible. Agent Mallon was wearing his full rough duty uniform with patches and insignias visible. At approximately 11:20 AM, Border Patrol Agent J. Ordonez was traveling east on State Route 94 (SR-94) near Highway 188 behind a white Honda Civic. Agent Ordonez requested record checks on the Honda, checks showed the Honda was out of La Mesa, CA, with release of reliability and no prior travel history out of Campo, CA.

Agent Ordonez noticed the Honda was braking constantly and reduced his speed lower than the posted speed limit. Agent Ordonez noticed both the driver and passenger kept looking at Agent Ordonez through the rearview mirror. Agent Ordonez observed the Honda riding low and swerving in and out of lanes. When Agent Ordonez noticed the Honda slow down to approximately 15 miles per hour on a 50 miles per hour speed limit area, he asked for assistance on a vehicle stop.

Agent Mallon responded to assist and initiated a vehicle stop at approximately 11:40 AM. The Honda failed to yield and kept driving east on SR-94. Border Patrol Agent B. Garcia, who was standing by with a vehicle immobilization device (VID), deployed it, but was unsuccessful. At approximately 11:41 AM, Supervisory Border Patrol Agent J. Decker told agents to disengage from pursuing the Honda, to which they did. Agent Decker then told Agent Guzman, who was driving an unmarked Border Patrol vehicle, to keep driving east on SR-94 and follow the Honda from a distance. At approximately 11:42 AM, Agent Guzman observed four individuals approximately 600 yards east of Shockey Truck Trail running south away from SR-94. Agent Guzman also noticed the Honda driving away from that location at a very slow rate of speed and continue east on SR-94. At approximately 11:53 AM, Border Patrol Agent A. Dalton notified agents that he successfully deployed his VID on the Honda. The Honda came to a complete stop south of Mountain Top Market. This area is approximately 27 miles east of the

**CONTINUATION OF COMPLAINT:**
**Alex RUIZ,**
**Jose Manuel GOMEZ Perez,**

Tecate, California Port of Entry and approximately 5 miles north of the United States/Mexico International Boundary.

Agent Guzman approached the Honda and took the driver, later identified as the defendant, Alex RUIZ, out of the Honda. At approximately 11:56 AM, Agent Guzman placed RUIZ under arrest. At the same time, Agent Mallon was searching for the four individuals, when he discovered shoe prints. Agent Mallon followed the shoe prints, until encountering four individuals laying down under a big tree, attempting to conceal themselves. This area is approximately 22 miles east of the Tecate, California Port of Entry and Approximately 5 miles north of the United States/Mexico International Boundary. Agent Mallon conducted an immigration inspection on the four individuals, later identified as defendant, Jose Manuel GOMEZ Perez, and material witnesses, Pedro ALCANTAR-Padilla, Roberto GARCIA Martinez and Miguel MURILLO-Ramos. All four individuals stated that they are citizens of Mexico without any immigration documents allowing them to enter or remain in the United States legally. At approximately 12:20 PM, Agent Mallon placed GOMEZ, ALCANTAR, GARCIA and MURILLO under arrest.

Material witnesses ALCANTAR, GARCIA and MURILLO stated that they are citizens of Mexico without any immigration documents allowing them to enter or remain in the United States legally. GARCIA made smuggling arrangements and was going to pay $9,000 USD. ALCANTAR stated that a white or gray vehicle pulled over and signaled them to get in. ALCANTAR stated that he entered through the rear passenger side and crouched down. ALCANTAR described the driver as a light skinned man who spoke English. ALCANTAR and GARCIA stated that at one point the vehicle stopped, and they all got out. GARCIA stated that one of the three individuals that crossed with him was always in the front and would guide them through the high brush. GARCIA stated that his individual would often step aside and talk on the phone and received the information regarding the smuggling vehicle.

**CONTINUATION OF COMPLAINT:**
**Alex RUIZ,**
**Jose Manuel GOMEZ Perez,**

GARCIA stated that a gray vehicle arrived, and the driver yelled "vamonos," which means let's go in Spanish. GARCIA stated that he sat on the rear seat behind the front passenger. GARCIA stated that the driver told them to hide. GARCIA described the driver as a heavy-set male with short black hair. MURILLO stated that one of the individuals would always be in the front and would step out when the rest of the group was sleeping. MURILLO stated that he sat in the middle rear seat and the driver told them to hide. MURILLO stated the driver told them to get out of the vehicle. The material witnesses were shown a photographic line-up and MURILLO was able to identify RUIZ as the driver of the vehicle. GARCIA and MURILLO were able to identify the defendant GOMEZ as the foot guide in today's event.

**Executed on June 11, 2023 at 11:20 AM.**

Anthony Martinez
U.S. Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of three pages, I find probable cause to believe that the defendants named in this probable cause statement committed the offense on June 10, 2023, in violation of 8 USC 1324(a)(1)(A)(ii) & 8 USC 1324(a)(2)(B)(iii).

HON. DAVID D. LESHNER
United States Magistrate Judge

11:55 AM, Jun 11, 2023

Date/Time